IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 CR 25

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| WILLIAM ROBERT GARBERDING. | ) | |
| | ) | |
| _____ | ) | |

**THIS CAUSE** came on to be heard and being heard before the undersigned at the close of a Rule 11 proceeding that was held before this Court on February 27, 2017. It appearing to the Court at the call of this matter on for hearing the Defendant was present with his counsel, Fredilyn Sison and the Government was present and represented through AUSA Daniel Bradley. From the arguments of counsel for the Defendant and the arguments of the Assistant United States Attorney and the records in this cause, the Court makes the following findings:

**Findings.** On February 16, 2017 a bill of information was issued charging the Defendant with persuading, inducing and enticing an individual whom he believed not to yet have attained the age of 18 years, to engage in any sexual activities for which a person could be charged with criminal offenses for the purpose of producing a visual depiction of such conduct in violation of 18 U.S.C. § 2251(a)

1

and in doing so used a facility and means of interstate or foreign commerce, all in violation of 18 U.S.C. § 2422(b). On February 27, 2017, the undersigned held an inquiry, pursuant to Rule 11 of the Federal Rules of Criminal Procedure and accepted a plea of guilty of Defendant to that charge. At the end of the Rule 11 proceeding, this Court presented the issue of whether or not Defendant should now be detained, pursuant to 18 U.S.C. § 3143(a)(2).

**Discussion.** 18 U.S.C. § 3143(a)(2) provides as follows:

(2) The judicial officer shall order that a person who has been found guilty of an offense in a case described in subparagraph (A), (B), or (C) of subsection (f)(1) of section 3142 and is awaiting imposition or execution of sentence be detained unless ----

(A)(i) the judicial officer finds there is a substantial likelihood that a motion for acquittal or new trial will be granted; or

(ii) an attorney for the Government has recommended that no sentence of imprisonment be imposed on the person; or

(B) the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to any other person or the community.

From an examination of the records in this cause, it appears that Defendant has now entered a plea of guilty to a violation of 18 U.S.C. § 2422(b) which is considered to be a crime of violence as provided by 18 U.S.C. § 3142(f)(1)(A).

The undersigned made an inquiry of Assistant United States Attorney Daniel Bradley as to whether or not there is going to be a recommendation that no sentence

of imprisonment be imposed upon Defendant. Mr. Bradley advised the Court that such a recommendation could not be made in this matter.

Due to the plea of guilty, the undersigned cannot find there is a substantial likelihood that a motion for acquittal or new trial will be granted. It would thus appear, and the Court is of the opinion that the Court is required to apply the factors as set forth under 18 U.S.C. § 3143(a)(2) which mandate the detention of Defendant.

## ORDER

**IT IS, THEREFORE, ORDERED**, that the Defendant be detained pending further proceedings in this matter.

Signed: March 1, 2017

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge